JS 44C/SDNY
REV.
10/01/2020

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
KRISTINE BAKER

DEFENDANTS
RALDINO POWELL, R.N.,
DR. ELLEN GOMPRECHT, M.D.,
SUPERINTENDENT EILEEN RUSSELL

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Amiad Kushner and Priya Lehal (Seiden Law LLP, 322 Eighth Avenue, Suite 1704, New York, NY 10001 212 523-0669)
Catherine Ryan (Prisoners' Legal Services of New York 10 Little Britain Road Suite 301 Newburgh, NY 12550)

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
    (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42. U.S.C. Sec. 1983 - deprivation of rights under the color of law (2 counts)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☑   Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date_____ & Case No. 7:23-CV-01626

Is this an international arbitration case?      **No** ☒      **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)*                NATURE OF SUIT

| | | | | |
|---|---|---|---|---|
| **TORTS** | | | | **ACTIONS UNDER STATUTES** |
| **CONTRACT** | **PERSONAL INJURY** | **PERSONAL INJURY** | **FORFEITURE/PENALTY** | **BANKRUPTCY** |
| | | [ ] 367 HEALTHCARE/ | | |
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | | |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | | **PROPERTY RIGHTS** |
| ENFORCEMENT | LIABILITY | | | |
| OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | | [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT | | | [ ] 830 PATENT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | [ ] 840 TRADEMARK |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 380 OTHER PERSONAL | | **SOCIAL SECURITY** |
| OVERPAYMENT | INJURY | PROPERTY DAMAGE | **LABOR** | |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | [ ] 385 PROPERTY DAMAGE | | [ ] 861 HIA (1395ff) |
| BENEFITS | MED MALPRACTICE | PRODUCT LIABILITY | [ ] 710 FAIR LABOR | [ ] 862 BLACK LUNG (923) |
| [ ] 160 STOCKHOLDERS | | | STANDARDS ACT | [ ] 863 DIWC/DIWW (405(g)) |
| SUITS | | | [ ] 720 LABOR/MGMT | [ ] 864 SSID TITLE XVI |
| [ ] 190 OTHER | **PRISONER PETITIONS** | | RELATIONS | [ ] 865 RSI (405(g)) |
| CONTRACT | [ ] 463 ALIEN DETAINEE | | [ ] 740 RAILWAY LABOR ACT | |
| [ ] 195 CONTRACT | [ ] 510 MOTIONS TO | | [ ] 751 FAMILY MEDICAL | |
| PRODUCT | VACATE SENTENCE | | LEAVE ACT (FMLA) | **FEDERAL TAX SUITS** |
| LIABILITY | 28 USC 2255 | | | |
| [ ] 196 FRANCHISE | [ ] 530 HABEAS CORPUS | | [ ] 790 OTHER LABOR | [ ] 870 TAXES (U.S. Plaintiff or |
| | [ ] 535 DEATH PENALTY | | LITIGATION | Defendant) |
| | [ ] 540 MANDAMUS & OTHER | | [ ] 791 EMPL RET INC | [ ] 871 IRS-THIRD PARTY |
| **ACTIONS UNDER STATUTES** | | | SECURITY ACT (ERISA) | 26 USC 7609 |
| **CIVIL RIGHTS** | | | | |
| **REAL PROPERTY** | [ ] 440 OTHER CIVIL RIGHTS | | | |
| | (Non-Prisoner) | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | |
| [ ] 210 LAND | [ ] 441 VOTING | | | |
| CONDEMNATION | [ ] 442 EMPLOYMENT | | [ ] 462 NATURALIZATION | |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ | [x] 550 CIVIL RIGHTS | APPLICATION | |
| [ ] 230 RENT LEASE & | ACCOMMODATIONS | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION | |
| EJECTMENT | [ ] 445 AMERICANS WITH | [ ] 560 CIVIL DETAINEE | ACTIONS | |
| [ ] 240 TORTS TO LAND | DISABILITIES - | CONDITIONS OF CONFINEMENT | | |
| [ ] 245 TORT PRODUCT | EMPLOYMENT | | | |
| LIABILITY | [ ] 446 AMERICANS WITH | | | |
| [ ] 290 ALL OTHER | DISABILITIES -OTHER | | | |
| REAL PROPERTY | [ ] 448 EDUCATION | | | |

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 485 TELEPHONE CONSUMER PROTECTION ACT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $ TBD_____   OTHER_____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE_____   DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)*  **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
   **a.** all parties represented
   **b.** At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**  ***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Kristine Baker
c/o 322 Eighth Avenue, Suite 1704, New York, New York 10001
c/o 10 Little Britain Road Suite 301 Newburgh, NY 12550

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Raldino Powell, R.N.
c/o Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, NY 10507-2400
Dr. Ellen Gomprecht, M.D.
c/o Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, NY 10507-2400
Supt Eileen Russell
c/o Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, NY 10507-2400

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [x] WHITE PLAINS   [ ] MANHATTAN

DATE 2/27/2023
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. _Jan_ Yr. _2022_ )
Attorney Bar Code # 5931944

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge_____is so Designated.

Ruby J. Krajick, Clerk of Court by_____Deputy Clerk, DATED_____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)