UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KRISTINE BAKER                              :
                                            :
               Plaintiff,                :
                                            :
  -against-                                :  Case No. 7:23-cv-01626
                                            :
RALDINO POWELL, R.N.,                       :  NOTICE OF APPEARANCE OF
DR. ELLEN GOMPRECHT, M. D.,                 :  *PRO BONO* COUNSEL
SUPERINTENDENT EILEEN RUSSELL               :
                                            :
              Defendants.                :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    Kristine Baker, Plaintiff

    I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 3/14/2023 | /s/ Amiad Kushner |
| Date | Signature |
| | Amiad Kushner     AK-2332 |
| | Print Name     Bar No. |
| | 322 Eighth Ave., Suite 1704 |
| | Address |
| | New York    NY    10001 |
| | City    State    Zip Code |
| | (646) 766-1914 |
| | Phone No.    Fax. No. |
| | akushner@seidenlaw.com |
| | Email Address |