UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

KRISTINE BAKER                :

                                 :

           Plaintiff,         :

                                 :

      -against-         :     Case No. 7:23-cv-01626

                                 :

RALDINO POWELL, R.N.,      :     NOTICE OF APPEARANCE OF
DR. ELLEN GOMPRECHT, M. D.,  :     *PRO BONO* COUNSEL
SUPERINTENDENT EILEEN RUSSELL

           Defendants.    :

---------------------------------------------------X

To the Clerk of this Court and all parties of record:

     Enter my appearance as *pro bono* counsel in this case on behalf of:

     Kristine Baker, Plaintiff

     I certify that I am admitted to practice in this Court.


  3/15/2023                        /s/ Priya Lehal
Date                                Signature

                                  Priya Lehal        5878459
                                  Print Name         Bar No.

                                  322 Eighth Ave., Suite 1704
                                  Address

                                  New York     NY       10001
                                  City          State      Zip Code

                                  (646) 766-1914
                                  Phone No.          Fax. No.

                                  plehal@seidenlaw.com
                                  Email Address