UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KRISTINE BAKER                   :
                                 :
         Plaintiff,              :
                                 :
    -against-                    :   Case No. 7:23-cv-01626
                                 :
RALDINO POWELL, R.N.,            :   NOTICE OF APPEARANCE OF
DR. ELLEN GOMPRECHT, M.D.,       :   *PRO BONO* COUNSEL
SUPERINTENDENT EILEEN RUSSELL    :
                                 :
         Defendants.             :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

Kristine Baker, Plaintiff

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 3/21/2023 | /s/ Robert Seiden |
| Date | Signature |
| | Robert Seiden    2267177 |
| | Print Name    Bar No. |
| | 322 Eighth Ave., Suite 1704 |
| | Address |
| | New York    NY    10001 |
| | City    State    Zip Code |
| | (212) 523-0686 |
| | Phone No.    Fax. No. |
| | rseiden@seidenlaw.com |
| | Email Address |