AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| KRISTINE BAKER,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RALDINO POWELL, R.N.,<br>DR. ELLEN GOMPRECHT, M.D.,<br>SUPERINTENDENT AMY LAMANNA<br><br>*Defendant(s)* | Civil Action No. 7:23-cv-01626-KMK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amy Lamanna
c/o Deputy Counsel Mark Richter
Counsels Office
New York State Department of
Corrections and Community Supervision
The Harriman State Campus, Building 4,
1220 Washington Avenue, Albany, NY 12226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amiad Kushner
Robert Seiden
Priya Lehal
Seiden Law LLP
322 Eighth Ave., Suite 1704
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/02/2023

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*