UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTINE BAKER,
Plaintiff,
v.
RALDINO POWELL, R.N.,
DR. ELLEN GOMPRECHT, M.D.,
SUPERINTENDENT AMY
LAMANNA
Defendants.

Case No. 7:23-cv-01626

I, Christina Alicea, Esq., declare under penalty of perjury as follows:

1. I am over 18 years old and not a party to this action.

2. On May 12, 2023, at 2:42 p.m. I served the Amended Complaint and Jury Trial Demand on Defendant Superintendent Amy LaManna, by personal service c/o Deputy Counsel Mark Richter, at the office of the Department of Corrections and Community Supervision at Building 4, Harriman State Office Campus, 1220 Washington Avenue, Albany, NY :

3. The person served was: Megan Spillane, Assistant Counsel

4. Personal Service was made by handing her a copy of the aforesaid papers.

I, Christina Alicea, declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 12, 2023
              Albany, NY

Christina Alicea
Prisoners' Legal Services of New York
41 State Street, Suite M112
Albany, NY 12207
(518) 438-8046

1