**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISTINE BAKER,

                              Plaintiff,                    **SCHEDULING ORDER**

      -against-                                       23 Civ. 1626 (KMK)(JCM)

RALDINO POWELL, R.N., *et al.*,

                             Defendants.
------------------------------------------------------------X

        The Court has scheduled a Status Conference for November 30, 2023 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated: September 19, 2023
        White Plains, New York

                                                      **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge