# SEIDEN | LAW

March 22, 2024

**VIA ECF and EMAIL**
Hon. Judith C. McCarthy, U.S.M.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
McCarthy_NYSDchambers@nysd.uscourts.gov

*Courtesy Copy To:*
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
KarasNYSDChambers@nysd.uscourts.gov

**Re: *Baker v. Powell, et al.*, Case No. 7:23-CV-01626 (KMK)(JCM)**

Dear Magistrate Judith C. McCarthy:

On behalf of Plaintiff, we are writing to update the Court regarding the status of Defendant Powell's document production and hit report.

During the March 18th status conference, the Court directed Defendant Powell to produce documents and a hit report by the end of this week as Plaintiff is entitled to be in possession of documents prior to Defendant Powell's deposition on March 26th. Plaintiff has not yet received a hit report or document production from Defendant Powell. Defendant Powell's counsel indicated that he will be producing a hit report on March 25th but Plaintiff has not received a firm date as to when he will be producing documents. As a result, Plaintiff has postponed Defendant Powell's deposition and has not yet received alternative dates of availability from Defendant Powell.

It is becoming less realistic that depositions will be completed by the April 11, 2024 fact discovery deadline because substantial document production remains outstanding. Accordingly, Plaintiff requests a conference with the Court on March 27th at 11 a.m., or at another time preferable to the Court, to discuss these issues and seek the Court's guidance on how to proceed under the current Scheduling Order.

**SEIDEN LAW LLP**
*/s/Michael Stolper*
Michael Stolper
Priya Lehal
MarcAnthony Bonanno
322 Eighth Avenue, Suite 1200
New York, New York 10001
(646) 766-1914
mstolper@seidenlaw.com
plehal@seidenlaw.com
mbonanno@seidenlaw.com

**PRISONERS' LEGAL SERVICES**
*/s/Krin Flaherty*
Krin Flaherty, Esq.
Megan Welch, Esq.
114 Prospect Street
Ithaca, New York 14850
(607) 273-2283
kflaherty@plsny.org
mwelch@plsny.org

*Counsel for Plaintiff*