# SEIDEN | LAW

April 4, 2024

**VIA ECF and EMAIL**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
KarasNYSDChambers@nysd.uscourts.gov

*Courtesy Copy To:*
Hon. Judith C. McCarthy, U.S.M.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
McCarthy_NYSDchambers@nysd.uscourts.gov

Re: *Baker v. Powell, et al.*, Case No. 7:23-CV-01626 (KMK)(JCM)

Dear Judge Kenneth M. Karas:

We write on behalf of plaintiff Kristine Baker ("**Plaintiff**") in the above-referenced matter (the "**Action**"). Per the Court's order on March 26, 2024, granting the Parties' request for extension to the Case Management and Scheduling Order, we wanted to confirm that the deadline for service of requests to admit has been moved accordingly to June 4, 2024, and the deadline for completion of all expert disclosures has been moved accordingly to September 30, 2024. We also wanted to confirm that the movant's pre-motion letter is now due September 25, 2024 and the non-movant's response is due October 2, 2024.

**SEIDEN LAW LLP**

*/s/ Michael Stolper*
Michael Stolper
MarcAnthony Bonanno
Priya Lehal
mstolper@seidenlaw.com
mbonanno@seidenlaw.com
plehal@seidenlaw.com
(646) 513-3405

*Counsel for Plaintiff*

**PRISONERS LEGAL SERVICES OF NEW YORK**

*/s/ Krin Flaherty*
Krin Flaherty
Megan Welch
kflaherty@plsny.org
mwelch@plsny.org
(607) 273-2283

*Counsel for Plaintiff*