

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

June 17, 2024

By ECF
Hon. Judith C. McCarthy
United States Magistrate
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: Baker v. Powell, *et al.*,
     Index No. 23 Civ. 01626 (KMK)(JCM)

Dear Judge McCarthy:

  I write respectfully on behalf of State Defendants Lamanna and Gomprecht to clarify the Court's June 11, 2024 Order requiring Defendants to "provide outstanding documents to Plaintiff by June 17, 2024." At the conference, Defendants had discussed with the Court that additional time was needed by DOCCS (three weeks) to produce outstanding discovery to the Plaintiffs, but that ESI would be produced by Friday, June 14, 2024. It was Defendants understanding that by today, they would produce to Plaintiff a list of outstanding discovery followed by an actual production, sufficiently in advance of June 28, 2024, for the parties to address any issues by that date in their joint letter. ESI was produced last Friday and Defendants are working on obtaining the outstanding discovery. Defendants are not in a position today to produce all remaining discovery.

  I have conferred with counsel for Plaintiff, and they have stated that their understanding is that all outstanding discovery would be produced by today. I apologize for any confusion. Defendants respectfully request until June 24, 2024 to produce any outstanding discovery. I have conferred with Plaintiff on this request, and they consent.

  Thank you.

                                                          Respectfully submitted,

                                                          /s/ Neil Shevlin  
                                                          Neil Shevlin  
                                                          Assistant Attorney General  
                                                          Neil.Shevlin@ag.ny.gov

cc: All Counsel for Plaintiff (by ECF)  
     Counsel for Defendant Powell (by ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)  
www.ag.ny.gov