Law Offices of

# MARIO DEMARCO, P.C.

info@mdemarcolaw.com
Admitted in Connecticut & New York

THE GATEWAY BUILDING
1 GATEWAY PLAZA, SUITE 2A
PORT CHESTER, NEW YORK 10573
TEL: (914) 937-2213
FAX: (914) 937-3066

Connecticut Office:
1100 Summer Street, 4th Floor
Stamford, Connecticut 06905
Tel: (203) 356-1060
Fax: (203) 348-5600

July 9, 2024

US District Court, Southern District of New York
Hon. Judith C. McCarthy, USMJ
300 Quarropas Street
White Plains, NY 10601

Via ECF

**Re:    Baker v. Powell**
         **7:23-CV-01626 (KMN)(JCM)**

Dear Judge McCarthy:

Please accept the instant correspondence to serve as an update with regard to the status of the outstanding document production, at least with regard to what is owed by my client, Raldino Powell.

Defendant Powell only owes data relating to Defendant Powell's "realpow9@gmail.com" email account. We have scheduled an in-person meeting and device search for Saturday, July 20, 2024. I shall produce the hit report to Plaintiff no later than July 23, 2024. I thank the Court for the attention given this matter.

Sincerely,

Mario DeMarco, Esq.