# SEIDEN | LAW

December 6, 2024

**VIA ECF and EMAIL**
Hon. Judith C. McCarthy, U.S.M.J.
The Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Baker v. Powell, et al.*, Case No. 7:23-CV-01626 (KMK)(JCM)

Dear Magistrate Judge McCarthy:

We write on behalf of Plaintiff in the above action and in anticipation of Monday's telephone conference with the Court. At this juncture, Plaintiff has no issues to raise with the Court. We have contacted Defendants' counsels to determine if they anticipate raising any issues; however, Plaintiff has not received a response.

Thank you for your attention.

Kind Regards,

| | |
|---|---|
| **SEIDEN LAW LLP** | **PRISONERS' LEGAL SERVICES** |
| */s/Michael Stolper* | */s/Krin Flaherty* |
| Michael Stolper | Krin Flaherty, Esq. |
| Priya Lehal | Megan Welch, Esq. |
| MarcAnthony Bonanno | 114 Prospect Street |
| 322 Eighth Avenue, Suite 1200 | Ithaca, New York 14850 |
| New York, New York 10001 | (607) 273--2283 |
| (646) 766-1914 | kflaherty@plsny.org |
| mstolper@seidenlaw.com | mwelch@plsny.org |
| plehal@seidenlaw.com | |
| mbonanno@seidenlaw.com | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |