

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 28, 2025

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Baker v. Powell, *et al.*,
                Index No. 23 Civ. 01626 (KMK)(JCM)

Dear Judge Karas:

      I write respectfully on behalf of all parties to request that the following dates be adjourned, *sine die*, until the Court has resolved Plaintiff's motion to amend the complaint: (i) February 6, 2025- movant's premotion letter due; (ii) February 14, 2025- Non-Movant's response due; and (iii) February 19, 2024 case management conference at 2:00. See Dkt. # 75. The reason for the requested adjournment is because on January 10, 2025, the Court set the following briefing schedule regarding Plaintiff's intended motion to amend the Complaint, which appears to obviate the above-referenced schedule: (i) Plaintiff is directed to file its moving papers by January 31, 2025; Defendants are directed to file their response by February 28, 2025; and Plaintiff's reply is due March 14, 2025. See Dkt. at January 10, 2025 entry. The parties apologize for inadvertently neglecting to raise this scheduling issue with the Court at the January 10, 2025 conference.

      Thank you for your consideration of this request.

Granted.

So-Ordered
1/28/25

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov

Cc: Counsel for all parties (by ECF)